UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60960-CIV-COHN

LEONARD ACKLEY, on his own
behalf and all others similarly situated,

Magistrate Judge Seltzer

    Plaintiffs,
vs.

CITY OF FORT LAUDERDALE,

    Defendant.
_____/

## ORDER GRANTING MOTION TO STRIKE OPT-IN PLAINTIFFS JAMES TRUESDELL AND GREGORY HAMILTON

THIS CAUSE is before the Court upon Defendant's Motion to Strike Opt-in Plaintiffs James Truesdell and Gregory Hamilton [DE 61]. The Court has carefully considered the motion, and notes the lack of a response. A response was due by July 14, 2008.

### I. BACKGROUND

Plaintiff Leonard Ackley ("Plaintiff") filed his complaint asserting a single claim for unpaid overtime under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §216, for employees who were employed as code enforcement officers with the City of Fort Lauderdale ("City" or "Defendant"). Plaintiff alleges in this case that he and other similarly situated current and former employees were not paid for the time it took to pick up and drive their city vehicle to their job site and then return the city vehicle at the end of the day. Plaintiff alleges that this practice systematically excluded some amount of overtime on a daily basis for the relevant period from April of 2005 through September 27, 2006. Defendant denies it violated the FLSA.

Plaintiff filed a motion to allow notice to prospective opt-in class members

similarly situated to him.  The Court granted that motion, over Defendant's opposition, on January 24, 2008.  Subsequently, eleven employees filed their opt-in notices, with one of them later withdrawing their consent to join.  Defendant now moves to strike two of the remaining ten opt-in plaintiffs as not being similarly situated to Plaintiff.  These two plaintiffs, James Truesdell and Gregory Hamilton are not code enforcement officers, but are building inspectors, one of whom works in a different division.

Defendant has made a sufficient argument to call into question whether these two employees are similarly situated.  Plaintiff has not opposed the motion.  The Court will therefore grant the motion.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1. Defendant's Motion to Strike Opt-in Plaintiffs James Truesdell and Gregory Hamilton [DE 61] is hereby **GRANTED**;

2. Opt-in Plaintiffs James Truesdell and Gregory Hamilton are hereby stricken from this lawsuit;

3. Counsel for Plaintiff shall forward a copy of this Order to Opt-in Plaintiffs James Truesdell and Gregory Hamilton.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 21st day of July, 2008.

JAMES I. COHN
United States District Judge

Copies furnished to:
Kelly Amritt, Esq.
Carmen Rodriguez, Esq.